In the Matter of FREDERICK P. ALTSCHUL, Respondent, against OSCAR DANE, Appellant.

Submitted May 27, 1940; decided June 4, 1940.

*Avel B. Silverman* for motion.

*Caesar B. F. Barra* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the ground that the order is not final.